# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PHILLIP G. DOSSKEY, <br><br> Defendant. | NO. CR11-303-JCC <br><br> DETENTION ORDER |

<u>Offenses charged</u>:

    Counts 1-3    Bank Fraud, in violation of 18 U.S.C. § 20

    Count 4:    Unlawful Production of Identification Documents, in violation of 18 U.S.C. § 1028

    Count 5:    Unlawful Possession of Document Making Implements, in violation of 18 U.S.C. § 1028

    Count 6:    Social Security Fraud, in violation of 42 U.S.C. § 408

    Count 7:    Aggravated Identity Theft, in violation of 18 U.S.C. § 1028

    Count 8:    Aggravated Identity Theft, in violation of 18 U.S.C. § 1028

    Count 9:    Possession of Stolen Mail, in violation of 18 U.S.C. § 1708

<u>Date of Detention Hearing</u>: October 4, 2011

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has a serious methamphetamine addiction problem.
2. Defendant has a history of committing parole violations reflecting an unwillingness or inability to comply with supervision.
3. Defendant has a history of absconding and failing to appear as required.
4. There appear to be no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 4th day of October, 2011.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge